**Keith D. Karnes**, OSB  No. 033521
*keith@keithkarnes.com*
**Rank & Karnes Law, P.C.**
2701 12th Street SE
Tel: (503) 385-8888
Fax: (503) 385-8899

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON CARNES and AMANDA CARNES, | Case No. 1:18-cv-00268-CL |
| Plaintiffs, | STIPULATED DISMISSAL WITH PREJUDICE |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC. | |
| Defendant. | |

Pursuant to Fed. R. Civ. Pro. 41 the parties give notice of dismissal of this action with prejudice and without attorney fees or costs to any party as all matters between parties have been resolved and settled.

///

///

///

1- STIPULATED DISMISSAL WITH PREJUDICE

DATED: June 28, 2019

<u>/s/ Keith D. Karnes</u>
Keith D. Karnes, OSB No. 033521
Attorney for Plaintiffs


<u>/s/ David J. Elkanich</u>
David J. Elkanich, OSB No. 992558
Attorney for Defendant

2- STIPULATED DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

      I, Keith Karnes, certify that I filed the foregoing document via ECF which will in turn serve:

David J. Elkanich
**Holland & Knight, LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue Ste 2300
Portland, OR 97204
*serve.dje@jklaw.com, david.elkanich@hklaw.com*

This document was also served via email to the above parties.

DATED:  June 28, 2019

                                               /s/ Keith D. Karnes
                                               Keith D. Karnes, OSB No. 033521
                                               Attorney for Plaintiffs